UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MOHAMMED SAYEED MAHMOOD,**
        **Plaintiff,**

vs.   1:21-CV-782 (MAD/DJS)

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY,**
        **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Stewart's July 23, 2021 Report-Recommendation and Order is **ADOPTED** in its entirety for the reasons set forth therein; and the Court further **ORDERS** that this action is **DISMISSED** with prejudice; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Order of the Honorable Judge Mae A. D'Agostino, dated the 1st day of November, 2021.

DATED: November 1, 2021

*[signature]*
Clerk of Court

        s/Britney Norton
        Britney Norton
        Deputy Clerk